[No. 8877.]

## SPRINGHETTI V. HILDEN ET AL.

*Error to Lake District Court.* HON. CHARLES CAVENDER, Judge.

Messrs. HOGAN & BONNER, for plaintiff in error.

Mr. JOSEPH W. CLARKE, and Mr. EUGENE A. BOND, for defendants in error.

*Per Curiam.* Department One.

The judgment in this case applies the well-known rule that creditors of a partnership are entitled to have the assets of the partnership applied in the payment of the partnership debts in preference to the personal liabilities of the individual partners, when not sufficient partnership assets to satisfy both. There was no error in the application of this rule, for which reason the supersedeas will be denied and the judgment affirmed.

*Supersedeas Denied and Judgment Affirmed.*

---

[No. 8883.]

## GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LIMITED V. KING.

*Error to Denver County Court.* HON. W. C. HOOD, Judge.

Supersedeas Denied and Judgment Affirmed.

Mr. ALBERT G. CRAIG, and Mr. C. A. BAILEY, for plaintiff in error.

Mr. WILLIAM R. EATON, for defendant in error.

*Per Curiam.* Department One.

---

[No. 8925.]

## WILSON ET AL. V. LUCAS.

*Error to Morgan District Court.* HON. H. P. BURKE, Judge.

Messrs. MELVILLE & MELVILLE, for plaintiffs in error.

Messrs. BARDWELL, HECOX, McCOMB & MEANS, for defendant in error.

*Per Curiam.* Department One.

Application for supersedeas denied, and judgment affirmed.

Mr. Justice BAILEY sitting for Mr. Justice HILL.